# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Directv INC
vs.
Ed Socha

**APPEARANCE**

FILED

CASE NUMBER: 303CV0917AWT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Ed Socha Pro Se

___April 28, 2004___
**Date**

___Pro Se___
**Connecticut Federal Bar Number**

___860-621-9186___
**Telephone Number**

_____
**Fax Number**

___Mr-7@Cox.NET___
**E-mail address**

___Ed Socha___
**Signature**

___Ed Socha___
**Print Clearly or Type Name**

___42 Saw Mill Lane___
**Address**
___Plantsville, CT. 06479___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA. 01060

___Ed Socha___
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001