UNITED STATES DISTRICT COURT
CONNECTICUT (Hartford)

| | |
|---|---|
| **DIRECTV, Inc.** | ) Case No.: **3:03-cv-00917-AWT** |
| Plaintiff, | ) |
| | ) STIPULATION OF DISMISSAL |
| vs. | ) WITH PREJUDICE |
| | ) |
| **Ed Socha** | ) |
| | ) |
| Defendant | ) |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that all claims and/or counterclaims that were brought, or could have been brought, be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

12/29/05
Date

John M. McLaughlin, Its Member
Green Miles Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
CT 16988

Defendant

December 28, 2005
Date

Ed Socha
42 Saw Mill Lane
Plantsville, CT 06479

1